# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 99-50031

————————

UNITED STATES OF AMERICA, ex rel, RON WEDDINGTON,

Plaintiff-Appellant,

versus

SCOTT & WHITE MEMORIAL HOSPITAL; SCOTT & WHITE CLINIC; SCOTT, SHERWOOD AND BRINDLEY,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas
(W-98-CV-208)

November 8, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.